```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 14390
    LASHAUN T MILLS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-4324


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 11/03/2006 and was confirmed 01/10/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  64.00%.

     The case was dismissed after confirmation 12/19/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE   UNSECURED         3854.66           .00             .00
DRIVE FINANCIAL SERVICES   SECURED VEHIC     8203.58         1379.33         2234.63
OCWEN LOAN SERVICING LLC   CURRENT MORTG        .00            .00             .00
OCWEN LOAN SERVICING LLC   MORTGAGE ARRE        .00            .00             .00
COTTONWOOD FINANCIAL       SECURED           1576.31           .00           283.30
AAA CREDIT SERVICE INC     UNSECURED          184.86           .00             .00
CAVALRY PORTFOLIO SERVIC   UNSECURED       NOT FILED           .00             .00
COLLECTION COMPANY OF AM   UNSECURED       NOT FILED           .00             .00
CREDITORS ALLIANCE INC     UNSECURED       NOT FILED           .00             .00
H&F LAW                    UNSECURED       NOT FILED           .00             .00
KCA FINANCIAL SERVICES     UNSECURED       NOT FILED           .00             .00
NCO FINANCIAL SYSTEMS      UNSECURED       NOT FILED           .00             .00
PARK DANSAN COLLECTIONS    UNSECURED       NOT FILED           .00             .00
PEOPLES GAS & LIGHT        UNSECURED       NOT FILED           .00             .00
WEXLER & WEXLER            UNSECURED       NOT FILED           .00             .00
DRIVE FINANCIAL SERVICES   UNSECURED       NOT FILED           .00             .00
ASSET ACCEPTANCE LLC       UNSECURED           68.58           .00             .00
BENNIE W FERNANDEZ         DEBTOR ATTY       1,624.00          .00            24.55
TOM VAUGHN                 TRUSTEE                                            260.59
DEBTOR REFUND              REFUND                                               .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE             4,182.40

PRIORITY                                       .00
SECURED                                      2,517.93
    INTEREST                                 1,379.33
UNSECURED                                      .00
ADMINISTRATIVE                                24.55

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 14390 LASHAUN T MILLS
```

```
TRUSTEE COMPENSATION                                              260.59
DEBTOR REFUND                                                        .00
                                              ----------------   ----------------
TOTALS                                              4,182.40           4,182.40
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
   Dated: 03/26/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```